CLOSED,SEALED

# U.S. District Court
## District of South Carolina (Greenville)
## CRIMINAL DOCKET FOR CASE #: 6:24-cr-00787-WSB-1 *SEALED*

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 10/09/2024 |
| | Date Terminated: 10/10/2024 |

Assigned to: Magistrate Judge William S. Brown

**Defendant (1)**

| | | |
|---|---|---|
| **Duncan Sioux Witt**<br>*TERMINATED: 10/10/2024* | represented by | **Erica Marie Soderdahl**<br>Federal Public Defender's Office (Gvle)<br>Two Liberty Square<br>75 Beattie Place<br>Suite 950<br>Greenville, SC 29601<br>864-235-8714<br>Fax: 864-233-0188<br>Email: erica_soderdahl@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:2251 Sexual Exploitation of a Minor; Rule 5c3 | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **William J Watkins , Jr**<br>US Attorneys Office (Gville)<br>55 Beattie Place<br>Suite 700<br>Greenville, SC 29601<br>864-282-2100<br>Fax: 864-233-3158<br>Email: bill.watkins@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2024 | 1 | Arrest (Rule 40) of Duncan Sioux Witt (jens, ) (Entered: 10/09/2024) |
| 10/09/2024 | 2 | Rule 5c3 Documents Received as to Duncan Sioux Witt (Attachments: # 1 Order to Seal)(jens, ) (Entered: 10/09/2024) |
| 10/09/2024 | 4 | NOTICE OF HEARING as to Duncan Sioux Witt Initial Appearance - Rule 5c3 set for 10/10/2024 10:00 AM in Greenville #3200, Carroll A Campbell Jr Courthouse, 250 East North St, Greenville before Magistrate Judge William S. Brown. (jens, ) (Entered: 10/09/2024) |
| 10/10/2024 | 5 | Warrant Returned Executed on 10/09/2024 in case as to Duncan Sioux Witt. (jens, ) (Entered: 10/10/2024) |
| 10/10/2024 | 6 | **Minute Entry for proceedings held before Magistrate Judge William S. Brown: Initial Appearance in Rule 5(c)(3) Proceedings as to Duncan Sioux Witt held on 10/10/2024. Defendant present in custody. FPD Soderdahl present and appointed. Identity is not an issue. Defendant waived reading of charges and penalties. Defendant waived detention hearing until arrival in charging district. Tape #Weber CourtSmart3200. (jens, )** (Entered: 10/10/2024) |
| 10/10/2024 | 7 | **TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER Erica Marie Soderdahl for Duncan Sioux Witt. Entered by Magistrate Judge William S. Brown on 10/10/2024.(jens, )** (Entered: 10/10/2024) |
| 10/10/2024 | 8 | **COMMITMENT TO ANOTHER DISTRICT as to Duncan Sioux Witt. Defendant committed to District of South Dakota. Signed by Magistrate Judge William S. Brown on 10/10/2024.(jens, )** (Entered: 10/10/2024) |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

USDC SC 6:24cr787

| UNITED STATES OF AMERICA, | CR 5:24-cr-50124 |
|---|---|
| Plaintiff, | REDACTED INDICTMENT |
| v. | Sexual Exploitation of a Minor (18 U.S.C. §§ 2251(a) and (e)) |
| DUNCAN SIOUX WITT, | Enticement of a Minor Using the Internet (18 U.S.C. § 2422(b)) |
| Defendant. | Receipt of Child Pornography (18 U.S.C. § 2252A(a)(2)(A)) |
| | Possession of Child Pornography (18 U.S.C. § 2252A(a)(5)(B)) |

The Grand Jury charges:

COUNT 1

On or about between February 10, 2024, and March 14, 2024, in the District of South Dakota, the defendant, Duncan Sioux Witt, did induce and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone attached to the internet, all in violation of 18 U.S.C. §§ 2251(a) and (e).

COUNT 2

On or about between February 10, 2024, and March 14, 2024, in the District of South Dakota, the defendant, Duncan Sioux Witt, did use a facility

and means of interstate commerce to knowingly induce and entice an individual who had not yet attained 18 years of age to engage in sexual activity for which the defendant could be charged with a criminal offense, namely, receipt of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), all in violation of 18 U.S.C. § 2422(b).

COUNT 3

On or about between February 10, 2024, and March 14, 2024, in the District of South Dakota, the defendant, Duncan Sioux Witt, knowingly received any visual depiction that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone attached to the internet, and the defendant, Duncan Sioux Witt, knew the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the defendant, Duncan Sioux Witt, knew the visual depiction was of such conduct, to wit: sexually explicit videos of a minor in the defendant's Snapchat account, all in violation of 18 U.S.C. § 2252A(a)(2)(A).

COUNT 4

On or about between February 10, 2024, and March 14, 2024, in the District of South Dakota, the defendant, Duncan Sioux Witt, did knowingly possess material that contained depictions of of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer and cellular phone attached to the internet, and

that were produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and cellular phone attached to the internet, to wit, a sexually explicit image of a minor's penis in the defendant's Snapchat account, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

A TRUE BILL:

**NAME REDACTED**

_____

Foreperson

ALISON J. RAMSDELL
UNITED STATES ATTORNEY

By: _____

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

USDC SC 6:24cr787

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DUNCAN SIOUX WITT,

Defendant.

CR 5:24-cr-50124

ORDER SEALING CASE

Upon motion of the United States and good cause having been shown, it is hereby

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the case in the above-entitled matter be sealed until such time as the Defendant charged therein is arrested, or until it is otherwise ordered unsealed.

IT IS FURTHER ORDERED that this Order and the United States' Motion to Seal are sealed until the case is unsealed by operation of the arrest of the Defendant or otherwise ordered unsealed.

Dated this 22 day of August, 2024.

BY THE COURT:

_____
DANETTA WOLLMANN
United States Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>Duncan Sioux Witt<br><br>*Defendant* | Case No. 5:24-cr-50124 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Duncan Sioux Witt,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of a Minor                18 U.S.C. §§ 2251(a) and (e)
Enticement of a Minor Using the Internet     18 U.S.C. § 2422(b)
Receipt of Child Pornography                 18 U.S.C. § 2252A(a)(2)(A)
Possession of Child Pornography              18 U.S.C. § 2252A(a)(5)(B)

Date: 08/22/2024

*Issuing officer's signature*

City and state: Rapid City, SD

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/8/24 (SC), and the person was arrested on *(date)* 10/9/24
at *(city and state)* Greenville, SC

Date: 10/9/24

*Arresting officer's signature*

William R. Cook - DUSM
*Printed name and title*

CC: USM-SD

AO 94  (Rev. 06/09)  Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 6:24-cr-00787-WSB |
| | ) |
| Duncan Sioux Witt | ) Charging District's |
| *Defendant* | Case No. CR 5:24-cr-50124 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the _____ District of  South Dakota ,

*(if applicable)* Western division.  The defendant may need an interpreter for this language: None .

The defendant:  ❒ will retain an attorney.

■ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.


Date: Oct 10, 2024

s/William S. Brown
*Judge's signature*

United States Magistrate Judge
*Printed name and title*