UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

UNITED STATES OF AMERICA,　　　　CR 24-50124

　　　　　Plaintiff,　　　　FACTUAL BASIS STATEMENT

vs.

DUNCAN SIOUX WITT,

　　　　　Defendant.

---

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is Duncan Sioux Witt. In 2023 and 2024, I was employed as a special education paraprofessional teacher at Douglas High School in Box Elder, South Dakota. By no later than February 10, 2024, I was engaging in sexually explicit communications over the internet-based application Snapchat with one of my special education students. I knew the student had not reached the age of 18 when I began sending him sexually explicit messages. I know that he did not reach the age of 18 until March 14, 2024.

I agree the following is an accurate reproduction of messages I exchanged with the student between February 10, 2024, and March 9, 2024:

2/10/24　　　　I sent a video to my student of me lip syncing a song: "Can you come fuck me right now."

| | |
|---|---|
| 2/14/24 | I sent my student 5 videos and 1 image of me, obviously in the bathtub, but with no nudity exposed. |
| 2/26/24 | I sent my student a Snapchat message with the following text:<br><br>I like when I catch you staring nd we hold eye contact. I like when you lean back in your chair with your legs sretched out. I like when you send me face pics. I like when you randomply message me saying how good I look. I like when you demand things<br><br>I like when your hair is all messy in the shower. I like when you show me how I made you cum. I like seeing your body in the shower. I like wen you tell me im thick or curvy and reassure me that's exactly what guys like.<br><br>I like when you save my silly little pictures I send that have no sexual messages in them. And I genuinely just get excited when I see your name come up on my phone. Just to name a few. |
| 2/28/24 | I sent my student a video of me masturbating in a bathtub with a vibrator. |
| 3/3/24 | I received from my student an image of his penis and a video of him masturbating. |
| 3/6/24 | I received from my student another video of him masturbating. |
| 3/7/24 | I sent my student two videos of myself obviously masturbating, but the video does not show any nudity. |
| 3/9/24 | I received from my student an image of himself naked. |

I agree that my messages induced and enticed the student to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct. Specifically, I agree the student used a cellular phone attached to the internet to send sexually explicit visual depictions of himself to me. I agree that

2

the student turned 18 years old on March 14, 2024, and the last date he attended school was March 7, 2024, when he dropped out of his senior year of high school. After the student dropped out of high school, I invited him to move in with me and my husband. I thereafter began a sexual relationship with him. I agree that I exchanged hundreds of messages with the student between February 10, 2024, and March 9, 2024. A majority of the messages were sexually explicit and show that the student believed he was in a consensual relationship with me and that we had a future together. I encouraged this belief and expressed to the student after I had sex with him that I was pregnant with his baby.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

_April  24, 2025_____
Date

_Heather Knox_____

HEATHER KNOX
Assistant United States Attorney
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Heather.Knox@usdoj.gov

4-23-25

_____
Date

_____
DUNCAN SIOUX WITT
Defendant

11-25-25

_____
Date

_____
JENNIFER ALBERTSON
Attorney for Defendant

4